# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>STEVEN A. HOLPER, M.D.,<br><br>   Defendant. | Case No. 2: 18-cr-00037-JAD-NJK<br><br>**ORDER** |

  Based on the Stipulation of counsel, the interests of justice and good cause appearing;

  IT IS THEREFORE ORDERED that the Attorney Confirmation Hearing currently scheduled on Tuesday, February 27, 2018 at 2:30 p.m., be vacated and continued to March 6, 2018, at 9:00 a.m., in Courtroom 3A.

  DATED this  27th  of February, 2018.

                _____
                UNITED STATES MAGISTRATE JUDGE