1

2

3

4

5                  **UNITED STATES DISTRICT COURT**

6

7                        **DISTRICT OF NEVADA**

8

9                              **\* \* \***

10

11   UNITED STATES OF AMERICA,        )
                                      )
12              Plaintiff,            )
                                      )
13                                    )
        vs                           )     **2:18-cr-00037-JAD-NJK**
14                                    )
     STEVEN A. HOLPER,               )
15                                    )
                Defendant,            )
16   _____)

17        **ORDER REQUIRING PAYMENT FOR APPOINTED COUNSEL**

18          Pursuant to the provisions of the Criminal Justice Act,

19   18 U.S.C. 3006A, the Federal Public Defender was appointed as

20   counsel for the above-named defendant at the Attorney Confirmation

21   hearing held on March 6, 2018.

22          Based upon a review of the defendant's financial affidavit

23   and other relevant inquiry, the Court finds that the defendant

24   possesses financial resources sufficient to bear some of the cost

25   of his representation, i.e., funds are available from or on behalf

26   of the defendant for payment of compensation and expenses of

27   court-appointed counsel and/or for other services necessary for

28   adequate representation.  Accordingly, pursuant to the provisions

     of 18 U.S.C. 3006A(f),

IT IS ORDERED that the defendant shall reimburse the Treasury of the United States at the rate of $2,000.00 per month for the cost of his representation until the case has concluded. The first payment of **$2,000.00,** payable to the **Clerk of the Court,** for deposit in the Treasury, **is due not later than Monday, April 2, 2018, and shall be due on the first day of each month thereafter until the conclusion of the case.**

Dated this 6th day of March, 2018.

_____
**NANCY J. KOPPE**
**UNITED STATES MAGISTRATE JUDGE**