# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:18-cr-00037-JAD-NJK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| STEVEN A. HOLPER, | ) | |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is a stipulation to continue motion deadlines. Docket No. 22. The deadlines proposed extend beyond the current trial date. *Compare id.* at 2 *with* Docket No. 12. Hence, granting the stipulation by necessity requires continuing trial. The stipulation does not seek a continuation of the trial date, however, *see* Docket No. 22 at 1 (asserting that such request will be filed at some later date), nor does it comply with the Local Rule regarding the Speedy Trial Act, *see* Local Criminal Rule 45-2. Accordingly, the stipulation is **DENIED** without prejudice.

IT IS SO ORDERED

Dated: March 15, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge