DAYLE ELIESON
United States Attorney
District of Nevada
ROBERT A. KNIEF
KILBY MACFADDEN
Assistant United States Attorney
501 Las Vegas Boulevard So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-5087
robert.knief@usdoj.gov
kilby.macfadden@usdoj.gov
*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:18-cr-00037-JAD-NJK |
| vs. | **STIPULATION FOR A PROTECTIVE ORDER** |
| STEVEN A. HOLPER, M.D., | |
| Defendant. | |

The parties, by and through the undersigned, respectfully request that the Court issue an Order protecting from disclosure to the public, or any third party not directly related to this case, any documents, recordings, or other tangible things produced by the Government during discovery, containing medical records and personal health identifying information of patients and financial records. The parties state as follows:

1. The indictment on this case was first issued on February 7, 2018, and unsealed February 13, 2018 (ECF No. 1).

1

2. Trial is currently set for April 10, 2018 (ECF No. 12). A proposed Complex Case Schedule has been filed with the Court (ECF No. 24). The Office of the Federal Public Defender was appointed to this case on February 13, 2018, and Assistant Federal Public Defender, Christopher P. Frey, filed a Notice of Appearance on March 14, 2018 (ECF Nos. 16, 20 and 21). Upon the appointment of the Federal Public Defender's Office, the Government desires and intends to produce discovery as soon as possible.

3. The indictment in this case arises out of distribution of narcotics and health care fraud. As a result, there more than 100,000 pages of patient medical records and personal health identifying information of patients and financial records.

4. The Government believes that dissemination of the patient medical records and personal health identifying information of patients and financial records, could lead to the endangerment of patients' identities and information.

5. In order to protect the privacy of the patients and witnesses, the parties intend to restrict access to the Discovery Material in this case to the following individuals: the defendant, attorneys for all parties, and any personnel that the attorneys for all parties consider necessary to assist in performing that attorney's duties in the prosecution or defense of this case, including investigators, paralegals, experts, support staff, and any other individuals specifically authorized by the Court (collectively, the "Covered Individuals").

6. Without leave of Court, the Covered Individuals shall not:

    a. make copies for, or allow copies of any kind to be made by any other person of the Discovery Material in this case;

    b. allow any other person to read, listen, or otherwise review the

Discovery Material;

c. use the Discovery Material for any other purpose other than preparing to defend against or prosecute the charges in the Indictment or any further superseding indictment arising out of this case; or

d. attach the Discovery Material to any of the pleadings, briefs, or other court filings except to the extent those pleadings, briefs, or filings are filed under seal.

7. Nothing in this stipulation is intended to restrict the parties' use or introduction of the Discovery Material as evidence at trial or support in motion practice.

8. The parties shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

9. The parties reserve the right to seek to modify the terms of this protective order at a later time pursuant to Federal Rule of Criminal Procedure 16(d)(1). Should a

///
///

reasonable need for this protective order cease to exist, on grounds other than a Covered Individual or some other person violating or circumventing its terms, the Government will move expeditiously for its dissolution.

10. The defense hereby stipulates to this protective order.

Respectfully submitted,
For the United States:

DAYLE ELIESON
United States Attorney

    /s/   *Kilby Macfadden*
KILBY MACFADDEN
ROBERT KNIEF
Assistant United States Attorneys

For the Defense:

/s/ Christopher P. Frey
CHRISTOPHER P. FREY
Attorney for Steven Holper, M.D.

**IT IS SO ORDERED:**

_____    March 20, 2018
THE HONORABLE NANCY J. KOPPE            _____
United States Magistrate Judge                Date