RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(775) 784-5369/Fax
Chris_Frey@fd.org

Attorney for Steven A. Holper, M.D.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN A. HOLPER, M.D.,<br><br>Defendant. | Case No. 2:18-cr-00037-JAD-NJK<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE**<br>(Amended First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Kilby MacFadden, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Christopher P. Frey, Assistant Federal Public Defender, counsel for Steven Holper, M.D., that the Initial Appearance currently scheduled on October 2, 2018 at the hour of 2:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty-five (35) days.

This Stipulation is entered into for the following reasons:

1. Dr. Holper was hospitalized on September 23, 2018, for a condition outlined in the sealed exhibit attached hereto, and is medically required to remain hospitalized for a five-week course of treatment.

2. Dr. Holper is not incarcerated and agrees with the need for a continuance;

3. The parties agree to a continuance.

The initial appearance currently scheduled for October 2, 2018, at 2:30 p.m., relates to a Petition for Action on Conditions of Pretrial Release filed on September 26, 2018. This is the first Petition related to Dr. Holper's conditions of pretrial release to be filed in this case. This is the first request for a continuance as it relates to the initial appearance on the Petition

DATED this 2nd day of October, 2018

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Christopher P. Frey*<br>By:_____<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for STEVEN A. HOLPER | */s/ Kilby C. Macfadden*<br>By:_____<br>KILBY C. MACFADDEN<br>Assistant United States Attorney<br>Counsel for the Government |

# **ORDER**

IT IS THEREFORE ORDERED that the Initial Appearance currently scheduled on Wednesday, October 2, 2018, at 2:30 p.m., be vacated and continued to Wednesday, November 7, 2018 at the hour of 2:30 p.m., in LV Courtroom 3C before Magistrate Judge Carl W. Hoffman.

DATED this 2nd day of October, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE